IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

J.W. HEGGIE, *et al.*,

Plaintiffs,

v.

ANCHOR PACKING COMPANY, *et al.*,

Defendants.

Case No.: 94-4219 JPG

# JUDGMENT

This matter having come before the Court and the plaintiff having dismissed its action as to all remaining defendants and the issues having been heard, and a decision having been rendered,

**IT IS HEREBY ORDERED AND ADJUDGED** that this case is dismissed without costs.

**Dated: July 1, 2015**          **JUSTINE FLANAGAN, Acting Clerk of Court**
                                 **s/ Jessica L. Robertson, deputy clerk**



**Approved:**   *s/J. Phil Gilbert*
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**